IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES CLOUD,

    Plaintiff,

    v.                                      CIVIL ACTION NO.
                                              1:20-cv-2156-LMM-WEJ

AMSHER COLLECTION SERVICES,
INC.,

    Defendant.

## **ORDER**

On July 20, 2020, the parties in this matter notified that Court that they have reached a settlement and that they intend to file settlement documents in the near future. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 20th day of July, 2020.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.